This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**COMMUNITY 1ˢᵗ BANK LAS VEGAS,**

    Plaintiff-Appellee,

**v.**                                                         **No. 35,090**

**QUICK CARE, LLC, a New Mexico**
**limited liability company, and**
**ALFONSO ARCHULETA,**

    Defendants-Appellants.

**APPEAL FROM THE DISTRICT COURT OF DOÑA ANA COUNTY**
**Manuel I Arrieta, District Judge**

Moses, Dunn, Farmer & Tuthill, P.C.
Nathan C. Sprague
Albuquerque, NM

for Appellee

Alfonso Archuleta
Las Cruces, NM

Pro Se Appellant

**MEMORANDUM OPINION**

**SUTIN, Judge.**

{1} Defendant Alfonso Archuleta appeals, pro se, from a district court order denying a motion to set aside a judgment pursuant to Rule 1-060(B) NMRA. We issued a calendar notice proposing to affirm. Defendant has responded with a pro se memorandum in opposition. We affirm.

{2} As we previously observed, Defendant's notice of appeal indicates that he is appealing from two orders. [RP 719] The first order is a January 30, 2014, order that included the denial of his motion to intervene. [RP 461, 722] We note that the ruling was based on the fact that Defendant Archuleta was already a party in the case. [RP 461 (¶ 1)] In any event, the matter became moot when Defendant entered into a subsequent settlement and a stipulated order of dismissal with prejudice in August 2014. [RP 613]

{3} The second order listed on the notice of appeal [RP 719] is a September 22, 2015, order that denied Defendant Archuleta's motion to set aside the original judgment. [RP 700] The Rule 1-060(B) motion argued that the judgment should be set aside as applied to Defendant Quick Care, LLC. [RP 617] Our calendar notice proposed to hold that the district court properly denied the motion on the ground that Defendant Archuleta could not represent Defendant Quick Care. *See* LR3-202(B) NMRA (prohibiting pro se parties from representing corporations); *see also* NMSA 1978, § 36-2-27 (1999) (prohibiting the unauthorized practice of law). Because

Defendant Archuleta's memorandum in opposition continues to attempt to advocate on behalf on Defendant Quick Care, we conclude that he has not established any error below.

{4}     For the reasons set forth in this Opinion, we affirm.

{5}     **IT IS SO ORDERED**


_____
**JONATHAN B. SUTIN, Judge**

**WE CONCUR:**


_____
**MICHAEL D. BUSTAMANTE, Judge**


_____
**STEPHEN G. FRENCH, Judge**